# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00823-CR

**Louis Ramos, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 274TH DISTRICT COURT OF HAYS COUNTY
### NO. CR-15-0603, THE HONORABLE JACK H. ROBISON, JUDGE PRESIDING

## O R D E R   F O R   C L E R K   T O   P R O V I D E
## A P P E L L A T E   R E C O R D   T O   A P P E L L A N T

**PER CURIAM**

Appellant's court-appointed counsel has filed a motion to withdraw supported by a brief concluding that the instant appeal is frivolous and without merit. *See Anders v. California*, 386 U.S. 738, 744 (1967). Appellant's counsel has certified to the Court that he provided copies of the motion and brief to appellant, advised appellant of his right to examine the appellate record and file a pro se response, and supplied appellant with a form motion for pro se access to the appellate record. *See Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014). Appellant has timely filed the motion requesting access to the appellate record with this Court.

Appellant's pro se motion is granted. **We hereby direct the clerk of the trial court** to provide a copy of the reporter's record and clerk's record to appellant, and to provide

written verification to this Court of the date and manner in which the appellate record was provided, **on or before August 1, 2016.**  *See id.* at 321.

It is ordered on **July 22, 2016.**

Before Justices Puryear, Pemberton, and Field

Do Not Publish